IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Beatrice Wilson - Pro Se

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Bank of America-Mortgage

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

4:26-1503-JD-PJG

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

APR 9 '26 PM4:11
FILED - USDC FLO SC

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Beatrice Wilson

Street Address — 612 First Street

City and County — Darlington

State and Zip Code — South Carolina 29532

Telephone Number — 843 393 7450

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — Ms. Vavise, ID #6Z4 *No Last Name given* NW (operator)

Job or Title (if known) — Worker of Bank of America via phone 904 730 3991

Street Address — 13170 Atlantic Blvd.

City and County — Jacksonville, Fl, 32225

State and Zip Code — Florida. 32225

Telephone Number — 904 221-0338

Defendant No. 2

Name — Mr. Victor (no Last Name given) (Call Ctr)

Job or Title (if known) — Bank of America

Street Address — 4230 West McDowell Road

City and County — Phoenix,

State and Zip Code — Arizona 85034

Telephone Number — 623 - 245 3808

Defendant No. 3

Name —

2

|  |  |
|---|---|
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Key Statues are 18 U.S. O.§ 1001 and False Claims Act (31 U.S.C. § 3729) which penalize Knowingly Submit False information, concealing facts 18 USC § 1001 General False Statements; Covers making false, fictitious

3



N/A

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.    The Plaintiff(s)

      a.    If the plaintiff is an individual

         The plaintiff, *(name)* _____, is a citizen of
         the State of *(name)* _____.

      b.    If the plaintiff is a corporation

         The plaintiff, *(name)* _____, is incorporated
         under the laws of the State of *(name)* _____,
         and has its principal place of business in the State of *(name)*
         _____.

      *(If more than one plaintiff is named in the complaint, attach an additional
      page providing the same information for each additional plaintiff.)*

   2.    The Defendant(s)

      a.    If the defendant is an individual

         The defendant, *(name)* _____, is a citizen of
         the State of *(name)* _____. *Or* is a citizen of
         *(foreign nation)* _____.

      b.    If the defendant is a corporation

         The defendant, *(name)* _____, is
         incorporated under the laws of the State of *(name)*
         _____, and has its principal place of
         business in the State of *(name)* _____. *Or* is
         incorporated under the laws of *(foreign nation)*
         _____, and has its principal place of
         business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an
      additional page providing the same information for each additional
      defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(Please) See Attached Statement

_____

_____

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to hardship of still paying on Mortgage for which other bills were due, husband not working → request on for misleading incorrect - different amounts still with balances due. 1½ million dollars paid off property relief requested - was hard to get anyone on phone → resulting in headaches and disgusted thoughts of being used.

5

II

REALESTATE FRAUD AND DECEPTIVE PRACTICE S 1006.18 , PRINCIPAL RESIDENTIAL OF BORROWER (12 USC S4901 ((14 ) and (15)  US Code 5th Amendment & 14 th Amendment

A Basis For Claim  Misleading Information  Fradulent Actions to Obtain Additional Payments  *Compliant for Civil Suit/Case*

Numerous request have been made to get my mortgage status with a monthly extra payment of 25.50 towards my principal amount at Bank of America Bank.  Each time I requested this information no mention of amorization was made specifically with the list of *exhibit #1* payments that they have received,  It either states miscerlanious payments, under interest catogories or not listed at all.  I have sent notices to this affect over the internet. called and asked specifically from person that answersthe phone or the ones that sends me the information on my account, eventhough I ask for their name they never gives it.

But on 1/25/26 I called the Jacksonville Ofc and Ms. Vavise gave me her name and I asked her to spell it.  I requested statements from Jan 2025 to Dec 2025 and statements monthly in the future since I had not received one in years only tax statements yearly. I advised her that my mortgage should be paid off by now due to the extra 192 months of paying 25.50 a month towards the principal.  She said it wasn't Paid off. → *Exhibit #6*   → *Exhibit #14*

On Statement received showing balance of 19.069.16, noting a one time payment of $25.50 *Exhibit #7* and a large envelop of statements some noted some blank pages, stating intencially left blank  Information received over years: 12/26/2016 Bal 65,420.20, 3/27/2021 46,451.89 no information on 25.50 taking away from principal.        On 2/25/26 Phone Jacksonville ofc. switched to Arizona Ofc, requested information from Victor and never received.

Cont'd Page 3 @ button of Page (18 U.S.C. S 1001) or fraudulent statements or representing within the jurisdiction of a U.S. department or agency.

P.S.

Statement given to me gives two diffent years of pay off @ two different times

Laster date given 11/20/2028
Proior date given 12/20 27

See #15 Exhibit Noting 25.50 Principal Only
393.54 + 25.50
Dated 9/2/2025

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __4/8__, 20_26_

Signature of Plaintiff     _Beatrice Wilson_

Printed Name of Plaintiff     _Beatrice Wilson_

### B.     For Attorneys

Date of signing: __4/8__, 20_26_

Signature of Attorney     _Pro Se_ _Beatrice Wilson Pro Se_

Printed Name of Attorney     _Beatrice Wilson_

Bar Number     _____

Name of Law Firm     _____

Address     _612 First Street Darlington S.C 29532_

Telephone Number     _843 393 7450_

E-mail Address     _beawilson@TWC.Com_

6